IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER ALMUTAIRI, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 10-01479 (JEB) |
| v. ) | |
| ) | |
| CHAIRMAN, ) | |
| BROADCASTING BOARD OF GOVERNORS, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

## DECLARATION OF DANIEL MCLAUGHLIN

I, Daniel James McLaughlin, do hereby declare and state as follows:

1. I am an attorney licensed to practice in the District of Columbia and admitted to the Bar of this Court. I am an associate in the law firm of Hughes Hubbard & Reed LLP, and counsel of record for Plaintiff Nasser Almutairi in the above-captioned action. I have personal knowledge of the facts contained in this declaration.

2. Attached hereto are true and correct copies of documents, electronically stored information, excerpts of deposition transcripts, declarations, and discovery materials that Plaintiff submits in connection with Plaintiff's Memorandum Of Points And Authorities In Opposition To Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment and with Plaintiff's Statement of Genuine Issues Of Material Fact:

    a. Declaration of Wadea Mansour, executed under penalty of perjury under the laws of the United States of America in Aden, Yemen on December 29, 2012. A true and correct copy of that document is attached to this Declaration as Exhibit 1.

b. Excerpts of the Transcript of the Deposition of Nasser Almutairi, which was conducted in the offices of the U.S. Department of Justice, 501 3rd Street, N.W., Washington, D.C. on September 20, 2012. A true and correct copy of that document is attached to this Declaration as Exhibit 2.

c. Exhibit 3, medical records of Nasser Almutairi, is filed under seal.

d. Plaintiff Nasser Almutairi's Responses To Defendant's First Set Of Interrogatories, which Plaintiff served on Defendant on March 19, 2012. A true and correct copy of that document is attached to this Declaration as Exhibit 4.

e. Excerpts of the Transcript of the Deposition of Daniel Nassif, which was conducted at the offices of Hughes Hubbard & Reed, 1775 I Street, N.W., Washington, D.C. on September 21, 2012. A true and correct copy of that document is attached to this Declaration as Exhibit 5.

f. Vacancy Announcement M/P-03-02 for the position of International Radio Broadcaster (Arabic), GS-1001-12 ("GS-12 IRB"). A true and correct copy of that document, which Defendant produced to Plaintiff as Bates No. 7 - Bates No. 13, is attached to this Declaration as Exhibit 6.

g. Statement of Work for POV Antoine Issa. A true and correct copy of that document, which Defendant produced to Plaintiff as Bates No. 8080, is attached to the Declaration as Exhibit 7.

h. The Declaration of Munir Nasser, executed under penalty of perjury in Manassas, VA on April 2, 2012. A true and correct copy of that document is attached to this Declaration as Exhibit 8.

i.  Statement of Work for POV Amal Chmouny. A true and correct copy of that document, which Defendant produced to Plaintiff as Bates No. 2984, is attached to the Declaration as Exhibit 9.

j.  Statement of Work for POV Mohamed Badry Aly. A true and correct copy of that document, which Defendant produced to Plaintiff as Bates No. 5696, is attached to the Declaration as Exhibit 10.

k.  The Declaration of Nasser Almutairi, executed in Manassas, VA under penalty of perjury on June 27, 2010. A true and correct copy of that document is attached to this Declaration as Exhibit 11.

l.  Excerpts of the Transcript of the Deposition of Susan King, which was conducted at the offices of Hughes Hubbard & Reed, 1775 I Street, N.W., Washington, D.C. on September 11, 2012. A true and correct copy of that document is attached to this Declaration as Exhibit 12.

m.  Excerpts of the Transcript of the Deposition of Bernard Kotarski, which was conducted at the offices of Hughes Hubbard & Reed, 1775 I Street, N.W., Washington, D.C. on September 13, 2012. A true and correct copy of that document is attached to this Declaration as Exhibit 13.

n.  Defendant's First Supplemental Response To Plaintiff Nasser Almutairi's First Set Of Interrogatories, which Defendant served on Plaintiff on May 31, 2012. A true and correct copy of that document is attached to this Declaration as Exhibit 14.

o.  Excerpts of the Transcript of the Deposition of Frances C. Woodland, which was conducted at the offices of Hughes Hubbard & Reed, 1775 I

    Street, N.W., Washington, D.C. on August 7, 2012. A true and correct copy of that document is attached to this Declaration as Exhibit 15.

p.  Excerpts of the Transcript of the Deposition of Cheryl J. Nixon, which was conducted at the offices of Hughes Hubbard & Reed, 1775 I Street, N.W., Washington, D.C. on September 12, 2012. A true and correct copy of that document is attached to this Declaration as Exhibit 16.

q.  Broad. Bd. of Governors, Int'l Broad. Bureau, *EEO Counselor's Report* (June 4, 2004). A true and correct copy of that document, which Plaintiff producedto Defendant as Bates No. ALM-0000545 to Bates No. ALM-0000549, is attached to this Declaration as Exhibit 17.

r.  Defendant's Response To Plaintiff Nasser Almutairi's First Request For The Production Of Documents, which Defendant served on Plaintiff on February 7, 2012. A true and correct copy of that document is attached to this Declaration as Exhibit 18.

s.  George Yazbeck, Invoice number 521005-15 and supporting documentation (May 14, 2005). A true and correct copy of that document, which Defendant produced to Plaintiff as Bates No. 8295 - Bates No. 8312, is attached to this Declaration as Exhibit 19.

t.  Amal Chmouny, Invoice number 521030-09 and supporting documentation (March 1, 2005). A true and correct copy of that document, which Defendant produced to Plaintiff as Bates No. 7121 - Bates No. 7126, is attached to this Declaration as Exhibit 20.

u.  Mr. Almutairi's application for a position as a GS-12 IRB under Vacancy

          Announcement M/P-02-177A (Sept. 27, 2003). A true and correct copy of that document is attached to this Declaration as Exhibit 21.

v.    Vacancy Announcement M/P-02-177A for the position of GS-12 IRB. A true and correct copy of that document, which Defendant produced to Plaintiff as Bates No. 1501 - Bates No. 1503, is attached to this Declaration as Exhibit 22.

w.    A copy of a job search ran on the Washington Post website on December 23, 2003, printed on that day by Nasser Almutairi. A true and correct copy of that document, which Plaintiff producedto Defendant as Bates No. ALM-0002070, is attached to this Declaration as Exhibit 23.

x.    Letter from Susan King to Nasser Almutairi, dated January 2, 2004, with referenced application dated December 17, 2003. A true and correct copy of that document, which Defendant produced to Plaintiff as Bates No. 123 - Bates No. 128, is attached to this Declaration as Exhibit 24.

y.    BBG/IBB staffing patterns as of December 2, 2003. A true and correct copy of that document, which Defendant produced to Plaintiff as Bates No. 1677 - Bates No. 1678, is attached to this Declaration as Exhibit 25.

z.    Mr. Almutairi's application for a position as a GS-12 IRB under Vacancy Announcement M/P-04-22 (March 16, 2004). A true and correct copy of that document, which Defendant produced to Plaintiff as Bates No. 538 - Bates No. 541, is attached to this Declaration as Exhibit 26.

aa.    Letter from Susan King to Nasser Almutairi, dated March 25, 2004. A true and correct copy of that document, which Defendant produced to Plaintiff

       as Bates No. 537, is attached to this Declaration as Exhibit 27.

bb.    Affidavit of Daniel Nassif, executed under penalty of perjury in Washington, D.C. on July 30, 2004. A true and correct copy of that document, which Plaintiff producedto Defendant as Bates No. ALM-0001216 - Bates No. ALM-0001219, is attached to this Declaration as Exhibit 28.

cc.    Letter from Susan King (Human Resources Specialist, Office of Personnel, BBG) to Nasser Almutairi, dated October 24, 2003. A true and correct copy of that document, which Defendant produced to Plaintiff as Bates No. 1500, is attached to this Declaration as Exhibit 29.

dd.    Statement Under Oath of Munir Yahya Mawari Regarding Radio Sawa And Alhura TV (Sept. 16, 20015). A true and correct copy of that document, which Plaintiff producedto Defendant as Bates No. ALM-0000635, is attached to this Declaration as Exhibit 30.

ee.    Excerpts from the BBG Office of Security's Report of Investigation of Nasser Almutairi. A true and correct copy of that document, which Defendant produced to Plaintiff as Bates No. 671, 681-82, 688-89, 698, and 712, is attached to this Declaration as Exhibit 31.

ff.    Plaintiff Nasser Almutairi's Responses To Defendant's First Request For Production Of Documents, which Plaintiff served on Defendant on March 19, 2012. A true and correct copy of that document is attached to this Declaration as Exhibit 32.

gg.    Exhibit 33, an excerpt from the employment file of Zahrat Abuzaid, is

filed under seal.

hh. Application of Zahrat Abuzaid for a position as a GS-12 IRB under Vacancy Announcement M/P-04-22 (May 29, 2003). A true and correct copy of that document, which Defendant produced to Plaintiff as Bates No. 663 - Bates No. 667, is attached to this Declaration as Exhibit 34.

ii. U.S. State Department, Office of Inspector General, Review of the Broadcasting Board of Governors' Middle East Radio Network Launch and Broadcast Initiatives, No. IBO-A-04-12 (Draft Nov. 2004). As of January 3, 2013, this document was publically available on the internet at http://s3.amazonaws.com/propublica/assets/alhurra/alhurra-oig.pdf. A true and correct copy of that document is attached to this Declaration as Exhibit 35.

jj. Broadcasting Board of Governors and AlHurra Television: Hearing Before the Subcomm. on Oversight & Investigations of the H. Comm. on Int'l Relations ("Subcomm. Hearing"), 109th Cong. (2005). A true and correct copy of that document is attached to this Declaration as Exhibit 36.

kk. Application of Adil Cherkaoui for a position as a GS-12 IRB under Vacancy Announcement M/P-03-02 (May 29, 2003). A true and correct copy of that document, which Defendant produced to Plaintiff as Bates No. 443 - Bates No. 445, is attached to this Declaration as Exhibit 37.

ll. Saada Abdallah, Invoice number 421000-18 and supporting documentation (Sept. 1, 2004). A true and correct copy of that document, which Defendant produced to Plaintiff as Bates No. 5227 to Bates No.

5229, is attached to this Declaration as Exhibit 38.

mm. Memorandum from Jim Hooper to Susan King (May 12, 2003). A true and correct copy of that document, which Defendant produced to Plaintiff as Bates No. 115, is attached to this Declaration as Exhibit 39.

nn. Justifications For Other Than Full And Open Competition (JOFOC) for Lebanese Broadcaster POVs Anna Abdel Massih Dunia, Joseph Robert Tabet, Saada Abdallah, Antoine Issa, and George Yazbeck. A true and correct copy of these documents, which Defendant produced to Plaintiff as Bates No. 4259 to Bates No. 4260, Bates No. 4802 to Bates No. 4803, Bates No. 5275 to Bates No. 5276, Bates No. 6485 to Bates No. 6486, and Bates No. 6981 to Bates No. 6982, is attached to this Declaration as Exhibit 40.

oo. Justifications For Other Than Full And Open Competition (JOFOC) for Lebanese Technical POVs Amal Chmouny. A true and correct copy of this document, which Defendant produced to Plaintiff as Bates No. 2982 to Bates No. 2983 is attached to this Declaration as Exhibit 41.

pp. Fax from Nasser Almutairi to James S. Gee, dated September 20, 2004. A true and correct copy of this document, which Plaintiff produced to Defendant as Bates No. ALM-0001200 to Bates No. ALM-0001201 is attached to this Declaration as Exhibit 42.

3. This material demonstrates the existence of genuine issues of material facts.

8

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Paris, France on January 3, 2013.

_____
Daniel James McLaughlin